# OVERLAND BORENSTEIN SCHEPER & KIM LLP

David C. Scheper
(213) 613-4670
dscheper@obsklaw.com

MEMO ENDORSED

MAY 27 2008

May 23, 2008

BY FEDERAL EXPRESS

The Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Robert Pfaff
08 CR 239 (RMB)

*Application respectfully denied.*

SO ORDERED:
Date: 5/28/08

Richard M. Berman, U.S.D.J.

Dear Judge Berman:

I am counsel to Robert Pfaff. On Mr. Pfaff's behalf, I request that he be excused from appearing at the June 2, 2008 status conference in this matter. I have asked AUSA Stanley J. Okula, Jr. his position on this matter. Mr. Okula stated, "So long as he [Mr. Pfaff] waives his appearance in writing, I have no opposition." If the Court so requires, I will present to the Court Mr. Pfaff's signature endorsement on a copy of this letter at the June 2, 2008 hearing.

Respectfully submitted,

David C. Scheper
OVERLAND BORENSTEIN SCHEPER & KIM LLP

DCS:cef

cc:  Stanley J. Okula, Jr., Esq.

601 West Fifth Street • 12th Floor • Los Angeles, CA 90071-2025
Telephone (213) 613-4655 • Facsimile (213) 613-4656