6/20/08

**U.S. Department of Justice**

United States Attorney
Southern District of New York

2 0 2008

Application granted.

SO ORDERED:
Date: 6/20/08

*Richard M. Berman*
Richard M. Berman, U.S.D.J.

**BY FAX**

The Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Robert Pfaff**
     08 CR 239 (RMB)

Dear Judge Berman:

The United States respectfully submits this letter in connection with the protective order issue in the above-referenced case. In particular, we write to request a one-day adjustment to the briefing schedule directed by Your Honor in this case, thereby allowing the Government to file on Monday, June 23, 2008 (rather than today) any papers concerning the scope of the protective order in the case. I have spoken with defense counsel David Scheper, Esq., who has consented to the relief sought herein. (We agree, of course, that defense counsel's time should also be adjusted, thereby requiring their filing date to be changed to June 30.)

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Stanley J. Okula, Jr.*
Stanley J. Okula, Jr.
Assistant U. S. Attorney
Telephone: (212) 637-1585

cc: David Scheper, Esq.