UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ROBERT PFAFF,<br><br>         Defendant. | 08 CR 0239 RMB<br><br>**MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern Districts of New York, I, Gordon Mehler, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

 Edward W. Swanson, of Swanson, McNamara & Haller LLP
 300 Montgomery Street, Suite 1100
 San Francisco, CA 94104
 Telephone: (415) 477-3800
 Facsimile: (415) 477-9010

as counsel for non-party United Micronesia Development Association ("UMDA") in the above-captioned matter. Mr. Swanson is a member in good standing of the Bar of the State of California and is admitted to practice in the United States District Courts of the Northern, Eastern, and Central Districts California. There are no disciplinary proceedings against Mr. Swanson in any state or federal court.

Dated: June 19, 2008
    New York, NY

                Respectfully submitted,

                *Gordon Mehler*
                Gordon Mehler
                Law Offices of Gordon Mehler, PLLC
                747 Third Avenue, 32nd Floor
                New York, New York 10017
                Telephone: 212-661-2414
                Facsimile: 212-661-8761

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>ROBERT PFAFF,<br><br>                              Defendant. | 08 CR 0239 RMB<br><br>**DECLARATION OF GORDON MEHLER IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Gordon Mehler, being duly sworn, hereby deposes and says as follows:

1)   I make this statement based on my personal knowledge of the facts set forth herein and in support of the concurrently filed motion to admit Edward W. Swanson, of Swanson, McNamara & Haller LLP as counsel *pro hac vice*.

2)   I am a member in good standing of the bar of the State of New York and am admitted to the bar of this Court. I make this affidavit in support of the motion to admit Mr. Swanson *pro hac vice* upon the ground that Mr. Swanson is an attorney in good standing and is familiar with federal practice and with the Federal Rules of Procedure.

3)   Mr. Swanson is a member of the Bar of the State of California and is admitted to practice in the United States District Courts of the Northern, Eastern, and Central Districts California. There are no disciplinary proceedings against Mr. Swanson in any court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4)   A certificate of good standing for Mr. Swanson's admission to the Bar of the State of California is attached hereto as Exhibit A. A proposed order granting the motion to admit Mr. Swanson *pro hac vice* is attached hereto as Exhibit B.

Dated: June 19, 2008
New York, NY

Respectfully submitted,

Gordon Mehler
Law Offices of Gordon Mehler, PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017
Telephone: 212-661-2414
Facsimile: 212-661-8761

2

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639            TELEPHONE: 888-800-3400

June 18, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDWARD WILLIAM SWANSON, #159859 was admitted to the practice of law in this state by the Supreme Court of California on September 28, 1992; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Director of Administration

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ROBERT PFAFF,<br><br>                    Defendant. | 08 CR 0239 RMB<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

Upon the motion of Gordon Mehler and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that

Edward W. Swanson, of Swanson, McNamara & Haller LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
Email: eswanson@smhlegal.com

is admitted to practice *pro hac vice* as counsel for non-party United Micronesia Development Association ("UMDA") in the above-captioned matter. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____
          New York, NY

                                                    _____
                                                    United States District Judge


## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008 I caused to be served a true and correct copy of the foregoing (1) MOTION TO ADMIT COUNSEL PRO HAC VICE; (2) DECLARATION OF GORDON MEHLER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; and (3) ORDER FOR ADMISSION PRO HAC VICE via first class mail upon the following:

David C. Scheper
OBSK LLP
601 W. 5th Street, 12th Floor
Los Angeles, CA 90071

Stanley John Okula, Jr.
U.S. Attorney's Office, SDNY (White Plains)
1 St Andrews Plaza
New York, NY 10007

Gordon Mehler
Law Offices of Gordon Mehler, PLLC