UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>ROBERT PFAFF,<br><br>                          Defendant. | 08 CR 0239 RMB<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

Upon the motion of Gordon Mehler and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that

    Edward W. Swanson, of Swanson, McNamara & Haller LLP
    300 Montgomery Street, Suite 1100
    San Francisco, CA 94104
    Telephone: (415) 477-3800
    Facsimile: (415) 477-9010
    Email: eswanson@smhlegal.com

is admitted to practice *pro hac vice* as counsel for non-party United Micronesia Development Association ("UMDA") in the above-captioned matter. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 6-30-08
         New York, NY

                                                    Richard M. Berman
                                                   United States District Judge