UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT PFAFF,<br><br>Defendant. | CASE NO. 08 CR 239 RMB<br><br>NOTICE OF MOTIONS BY DEFENDANT ROBERT PFAFF: (1) FOR A BILL OF PARTICULARS; AND (2) TO TRANSFER VENUE<br><br>(MEMORANDA OF POINTS AND AUTHORITIES AND DECLARATION OF DAVID C. SCHEPER FILED CONCURRENTLY HEREWITH)<br><br>Hearing Date: September 23, 2008<br>Time:         10:00 a.m. |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Robert Pfaff hereby moves this Court for the following relief: (1) an order requiring a bill of particulars; and (2) an order transferring venue to the District of Colorado.

These motions are based on this Notice of Motions, the accompanying (1) Memorandum of Points and Authorities in Support of Motion for Bill of Particulars, (2) Memorandum of Points and Authorities in Support of Motion for Change of Venue, and the Declaration of David C.

Scheper, the files and records of this case, and such other argument and evidence that the Court may consider upon hearing these Motions.

Dated: August 18, 2008

Respectfully submitted,

OVERLAND BORENSTEIN SCHEPER
& KIM LLP


By:_____/s/_____
David C. Scheper (DCS 0072)
One Bunker Hill
601 W. Fifth Street, 12th Floor
Los Angeles, CA  90071
(213) 613-4655

Attorneys for Defendant Robert Pfaff